CHASE MEDICAL, INC., Plaintiff–Appellee,

v.

CHF TECHNOLOGIES, INC. and Endoscopic Technologies, Inc., Defendants–Appellants.

No. 2008–1335.

United States Court of Appeals, Federal Circuit.

June 17, 2008.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).